EDWARD R. SCHWARTZ, CA Bar No. 147553
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800
e-mail: ers@cph.com

Attorneys for Plaintiff,
Duhn Oil Tool, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>ROBBINS & MYERS ENERGY SYSTEMS LP,<br><br>            Defendant. | Case No.  CIV F-04-6010 AWI SMS<br><br>**AMENDED STIPULATION RE EXTENSION OF DISCOVERY, SETTLEMENT AND CLAIM CONSTRUCTION DATES; and ORDER**<br><br>DATE:     N/A<br>TIME:     N/A<br>CTRM:   N/A |

The parties, by their respective attorneys, hereby stipulate to and request an extension of thirty (30) days of the deadlines for expert disclosures and reports; Plaintiff's preliminary infringement contentions; Defendant's preliminary invalidity contentions; settlement conference; joint claim construction and pre-hearing statement; discovery deadline; non-dispositive motion filing; Plaintiff's Opening Claim Contentions Brief; Defendant's Responsive Brief; Plaintiff's Reply Brief; the claim construction hearing; and the dispositive motions filing deadlines as indicated below:

Initial Expert Reports Deadline:
**New** Date:  1/03/06
**Old** Date:  12/02/05

Rebuttal Expert Reports Deadline:
**New** Date:  2/17/06
**Old** Date;  1/18/06

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff's Asserted Claims & Preliminary Infringement Contentions Deadline:
**New** Date:  2/27/06
**Old** Date:  1/27/06

Defendant's Preliminary Invalidity Contentions Deadline:
**New** Date:  3/24/06
**Old** Date:  2/24/06

<u>Settlement Conference</u>:
**New** Date:  4/10/06, 10:00am, **Judge Snyder**
**Old** Date:  3/09/06, 1:30pm, **Judge Snyder**

Joint Claim Construction & Pre-Hearing Statement Deadline:
**New** Date:  4/24/06
**Old** Date:  3/24/06

Discovery Deadline, Including Claims Construction:
**New** Date:  5/19/06
**Old** Date:  4/21/06

Non-Dispositive Motion Filing Deadline:
**New** Date:  5/26/06
**Old** Date:  4/28/06

Plaintiff's Opening Claim Construction Brief Filing Deadline:
**New** Date:  6/12/06
**Old** Date:  5/12/06

Defendant's Responsive Brief Filing Deadline:
**New** Date:  6/26/06
**Old** Date:  5/26/06

Plaintiff's Reply Brief Filing Deadline:
**New** Date:  7/7/06
**Old** Date:  6/5/06

<u>Claim Construction Hearing</u>:
**New** Date:  7/31/06, 1:30 pm, **Judge Ishii**
**Old** Date:  6/19/06, 1:30 pm, **Judge Ishii**

Dispositive Motion Filing Deadline:
**New** Date:  8/21/06
**Old** Date:  7/21/06

The basis for this motion is that the parties are close to a settlement and that a written settlement agreement is presently being drafted.

The parties seek a continuance to avoid incurring substantial litigation costs including

CHRISTIE, PARKER & HALE, LLP

PDF created with pdfFactory trial version www.pdffactory.com

expert reports while settlement is finalized.  In this regard, the requested time period of 30 days is needed in view of the complexity of the agreement as well as the intervening holidays.

    Declarations of counsel in support of this stipulation are submitted herewith as Exhibits A and B.

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

DATED:  December 2, 2005                    By      /s/Edward R. Schwartz
                                                                    Edward R. Schwartz
Attorneys for Plaintiff,
Duhn Oil Tool, Inc.

BROWNING BUSHMAN, P.C.

DATED:  December 2, 2005                    By      /s/Loren G. Helmreich
                                                                      Loren G. Helmreich
Attorneys for Robbins & Myers
Energy Systems, LP

**IT IS SO ORDERED.**

DATED:       1/9/2006                              /s/ Sandra M. Snyder
                                                                  Hon. Sandra M. Snyder
United States Magistrate Judge

CHRISTIE, PARKER & HALE, LLP

PDF created with pdfFactory trial version www.pdffactory.com