**EDWARD R. SCHWARTZ, CA Bar No. 147553**
**CHRISTIE, PARKER & HALE, LLP**
**350 West Colorado Boulevard, Suite 500**
**Post Office Box 7068**
**Pasadena, California 91109-7068**
**Telephone: (626) 795-9900**
**Facsimile: (626) 577-8800**
**e-mail: ers@cph.com**

Attorneys for Plaintiff,
Duhn Oil Tool, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUHN OIL TOOL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ROBBINS & MYERS ENERGY SYSTEMS LP, <br><br> Defendant. | Case No. 1:04-06010 AWI SMS <br><br> **STIPULATED MOTION FOR CONTINUANCE OF THE JANUARY 3, 2006 DEADLINE FOR SERVICE OF EXPERT REPORTS; and ORDER** |

Plaintiff Duhn Oil Tool, Inc. and Defendant Robbins & Myers Energy Systems LP, by their attorneys, move for a continuance of the due date for service of expert reports for ten (10) days as indicated below:

Initial Expert Reports Deadline:
**New** Date: January 13, 2006
**Old** Date: January 3, 2006

The reason for the motion is that the parties are engaged in settlement discussions with

///
///
///
///
///

-1-

CHRISTIE, PARKER & HALE, LLP
PDF created with pdfFactory trial version www.pdffactory.com

a written settlement agreement presently under review and the parties seek to avoid significant and potentially unnecessary litigation expense.

Respectfully submitted,

BROWNING BUSHMAN

DATED: December 29, 2005

By _____
Loren Heimreich
5718 Westheimer, Suite 1800
Houston, TX 77057
Attorneys for Defendant
ROBBINS & MYERS ENERGY SYSTEMS L.P.

CHRISTIE, PARKER & HALE

DATED: December 29, 2005

By _____
Edward R. Schwartz
350 W. Colorado Blvd., Suite 500
Pasadena, CA 91105
Attorneys for Plaintiff
DUHN OIL TOOL, INC.

**IT IS SO ORDERED:**

DATED:   1/9/2006         /s/ Sandra M. Snyder
                          Hon. Sandra M. Snyder
                          United States District Court Magistrate

BLV PAS660585.1-*-01/6/06 2:31 PM

-2-

CHRISTIE, PARKER & HALE, LLP

PDF created with pdfFactory trial version www.pdffactory.com