**EDWARD R. SCHWARTZ, CA Bar No. 147553**
**CHRISTIE, PARKER & HALE, LLP**
**350 West Colorado Boulevard, Suite 500**
**Post Office Box 7068**
**Pasadena, California 91109-7068**
**Telephone: (626) 795-9900**
**Facsimile: (626) 577-8800**
**e-mail: ers@cph.com**

Attorneys for Plaintiff,
Duhn Oil Tool, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUHN OIL TOOL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ROBBINS & MYERS ENERGY SYSTEMS LP, <br><br> Defendant. | Case No. 1:04-06010 AWI SMS <br><br> **STIPULATED MOTION FOR CONTINUANCE OF THE JANUARY 13, 2006 DEADLINE FOR SERVICE OF EXPERT REPORTS; ORDER** |

    Plaintiff Duhn Oil Tool, Inc. and Defendant Robbins & Myers Energy Systems LP, by their attorneys, move for a continuance of the due date for service of expert reports for ten (10) days as indicated below:

    Initial Expert Reports Deadline:
    **New** Date: January 23, 2006
    **Old** Date: January 13, 2006

    The reason for the motion is that the parties are engaged in settlement discussions with

///
///
///
///
///
///

-1-

PDF created with pdfFactory trial version www.pdffactory.com

a written settlement agreement presently under review and the parties seek to avoid significant and potentially unnecessary litigation expense.

                                   Respectfully submitted,

                                   BROWNING BUSHMAN

DATED: January 19, 2006              By      s/Loren Helmreich
                                                        Loren Helmreich
                                      5718 Westheimer, Suite 1800
                                      Houston, TX 77057
                                      Attorneys for Defendant
                                      ROBBINS & MYERS ENERGY SYSTEMS L.P.

                                      CHRISTIE, PARKER & HALE

DATED: January 19, 2006              By      s/Edward R. Schwartz
                                                        Edward R. Schwartz
                                      350 W. Colorado Blvd., Suite 500
                                      Pasadena, CA  91105
                                      Attorneys for Plaintiff
                                      DUHN OIL TOOL, INC.

**IT IS SO ORDERED:**

DATED:   1/12/2006                 /s/ Sandra M. Snyder
                                      Hon. Sandra M. Snyder
                                      United States District Court Magistrate Judge

BLV PAS661113.1-*-01/10/06 11:26 AM

-2-

PDF created with pdfFactory trial version www.pdffactory.com