MARK D. MILLER   116349
D. TYLER THARPE   120427
ROBERT W. BRANCH   154963
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500
Attorneys for Plaintiff
DUHN OIL TOOL, INC.


LOREN G. HELMREICH
BROWNING BUSHMAN
A Professional Corporation
5718 Westheimer, Suite 1800
Houston, Texas 77057-5771
Telephone:  (713) 266-5593
Facsimile (713) 266-5169
Attorneys for Defendant
ROBBINS AND MYERS ENERGY SYSTEMS LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| DUHN OIL TOOL, INC. <br><br> Plaintiff, <br><br> v. <br><br> ROBBINS AND MYERS ENERGY SYSTEMS LP <br><br> Defendant. | Case No. CIV F-04-6010 AWI SMS <br><br> **AGREED MOTION TO DISMISS AND ORDER** <br><br> **(Document #29)** |

**AGREED MOTION TO DISMISS LAWSUIT**

The parties announce that the above matter has been resolved

by a Settlement Agreement.  The parties jointly move to dismiss the lawsuit and ask the Court to enter the Agreed Final Judgment.  In connection with the settlement of this lawsuit, neither party has admitted any wrongdoing or liability to the other party.

                    CHRISTIE, PARKER & HALE, LLP

Date  February 15, 2006    By  /s/Edward R. Schwartz
                      Edward R. Schwartz
                      350 West Colorado Blvd., Suite 500
                      Pasadena, CA  91105
                      Facsimile (626)-577-8800
                      Attorneys for Plaintiff

                    BROWNING BUSHMAN, P.C.

Date  February 14, 2006    By  /s/Loren G. Helmreich
                      Loren G. Helmreich
                      5718 Westheimer, Suite 1800
                      Houston, Texas  77057
                      Tel:  713-266-5593
                      Fax:  713-266-5169
                      Attorneys for Defendant

**ORDER**

The parties seek joint dismissal of this action.  Rule 41(a)(1) of the Federal Rules of Civil Procedure, in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a

2

> plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice.  <u>Carter v. Beverly Hills Sav. & Loan Asso.</u>, 884 F.2d 1186, 1191 (9th Cir. 1989); <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 (9th Cir. 1986).  Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal.  Fed. R. Civ. Pro. 41(a)(1)(ii); <u>Eitel</u>, 782 F.2d at 1473 n.4.   Because Plaintiff has filed a motion for dismissal as to all parties under Rule 41(a)(1)(ii) that is signed by all parties who have made an appearance, this case has terminated.  <u>See</u> Fed. R. Civ. Pro. 41(a)(1)(ii); <u>In re Wolf</u>, 842 F.2d at 466; <u>Gardiner</u>, 747 F.2d at 1189.

   Therefore, IT IS HEREBY ORDERED that:

1. The parties joint motion for dismissal is GRANTED; and

2. This action is DISMISSED.


IT IS SO ORDERED.

**Dated:   February 17, 2006            /s/ Anthony W. Ishii**
0m8i78                                        UNITED STATES DISTRICT JUDGE