MARK D. MILLER   116349
D. TYLER THARPE   120427
ROBERT W. BRANCH   154963
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500
Attorneys for Plaintiff
DUHN OIL TOOL, INC.

LOREN G. HELMREICH
BROWNING BUSHMAN
A Professional Corporation
5718 Westheimer, Suite 1800
Houston, Texas 77057-5771
Telephone:  (713) 266-5593
Facsimile (713) 266-5169
Attorneys for Defendant
ROBBINS AND MYERS ENERGY SYSTEMS LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| DUHN OIL TOOL, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBBINS AND MYERS ENERGY ) <br> SYSTEMS LP ) <br> ) <br> Defendant. ) <br> ) | Case No. CIV F-04-6010 AWI SMS <br><br> **AGREED FINAL JUDGMENT** |

AGREED FINAL JUDGMENT

The parties announce that this matter has been settled.

Robbins and Myers Energy Systems LP has agreed and acknowledged that U.S. Patent No. 6,543,533 is valid and enforceable. All other claims of the parties as set forth in the pleadings filed in this case are dismissed with prejudice.  Each party will bear its own attorneys fees, expenses, and costs.

IT IS SO ORDERED.

**Dated:     February 17, 2006**               **/s/ Anthony W. Ishii**
0m8i78                                                    UNITED STATES DISTRICT JUDGE

2